IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU MARAYA CHINN,<br><br>  Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br><br>  Defendant. | CASE NO.  1:23-cv-00825-EPG<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME<br><br>(ECF No. 7) |

   Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.  This case concerns Plaintiff's petition for alien relative, which she filed on behalf of her adoptive child and has been pending since November 2020.  On August 3, 2023, U.S. Citizenship and Immigration Services ("USCIS") issued a request for evidence ("RFE").  Plaintiff has until October 30, 2023 to submit her response to the RFE.  The parties anticipate that USCIS will be able to complete the adjudication of Plaintiff's application following receipt of Plaintiff's RFE response, which is expected to render this lawsuit moot.

///

///

///

1

1  The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 29, 2023.  The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently set for September 7, 2023, be vacated and reset.

Respectfully submitted,

Dated:  August 4, 2023                    PHILLIP A. TALBERT
                                          United States Attorney

                                    By:   /s/ ELLIOT C. WONG
                                          ELLIOT C. WONG
                                          Assistant United States Attorney


                                          /s/ JONATHAN ROGER STURMAN
                                          JONATHAN ROGER STURMAN
                                          Counsel for Plaintiff

**ORDER**

Upon review, the parties' stipulation (ECF No. 7) is approved. And IT IS ORDERED that the date for Defendants to file an answer or dispositive pleading is extended to November 29, 2023. Further, the initial scheduling conference, currently set for September 7, 2023, is continued to December 4, 2023, at 10 a.m. The parties are permitted to appear telephonically and may do so by dialing 1-888-251-2909 and entering access code 1024453. The parties are reminded to file a joint scheduling report at least seven days before the scheduling conference.

IT IS SO ORDERED.

Dated:   **August 7, 2023**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE