UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU MARAYA CHINN,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS,<br><br>Defendant. | Case No. 1:23-cv-00825-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 14). |

On January 31, 2024, the parties filed a joint stipulation dismissing this action without prejudice and with each party to bear their own attorney fees and costs. (ECF No. 14). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 1, 2024**            /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1